UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIA V. JOY,<br><br>                              Plaintiff,<br><br>-v-<br><br>CRIME VICTIMS TREATMENT CENTER,<br><br>                              Defendant. | CIVIL ACTION NO.: 23 Civ. 11177 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

On October 24, 2024, the Honorable Margaret M. Garnett referred this matter to the undersigned for general pretrial management as well as a report and recommendation as to Defendant Crime Victims Treatment Center's ("CVTC") pending Motion to Dismiss. (ECF No. 21). CVTC filed a Certificate of Service declaring it had served pro se Plaintiff Lydia Joy ("Ms. Joy") with the notice required by Local Civil Rule 12.1 (the "Rule 12.1 Notice") (see ECF No. 15) but has not filed the Rule 12.1 Notice on the docket. Rule 12.1 requires movants to both "serve and file" the Rule 12.1 Notice. See Local Civ. R. 12.1 (emphasis added). Consequently, by **Friday, November 8, 2024,** CVTC shall file the Rule 12.1 Notice on the docket. A recommendation as to the Motion to Dismiss will issue in due course.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Joy.

Dated:     New York, New York
           November 6, 2024

SO ORDERED.

*/s/ Sarah L. Cave*

2

_____
**SARAH L. CAVE**
**United States Magistrate Judge**