UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIA V. JOY,<br><br>    Plaintiff,<br><br>-v-<br><br>CRIME VICTIMS TREATMENT CENTER,<br><br>    Defendant. | CIVIL ACTION NO.: 23 Civ. 11177 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

On January 29, 2025, the Honorable Margaret M. Garnett adopted in full a Report and Recommendation issued by the undersigned on December 2, 2024. (See ECF Nos. 24, 28). Pursuant to Judge Garnett's decision, Plaintiff Lydia Joy's ("Ms. Joy") claim arising under 42 U.S.C. § 1981 (the "Section 1981 Claim") will proceed. (Id.) And although Judge Garnett dismissed Ms. Joy's claim arising under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq. (the "Title VI Claim"), she did so without prejudice to Ms. Joy's right to amend her complaint with respect to that claim. (Id.) Accordingly, Ms. Joy is hereby ORDERED to file any amended complaint by **Friday, February 28, 2025.** Ms. Joy's failure to file an amended complaint will result in a recommendation that her Title VI Claim be dismissed with prejudice and that this action proceed only with respect to the Section 1981 Claim.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Joy.

Dated:   New York, New York
         January 30, 2025

                                        SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**