UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| LYDIA V. JOY,<br><br>                        Plaintiff,<br><br>  -v-<br><br>CRIME VICTIMS TREATMENT CENTER,<br><br>                        Defendant. | CIVIL ACTION NO.: 23 Civ. 11177 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

On February 4, 2025, Attorney Natalie Tecimer filed a Notice of Limited Appearance on behalf of Plaintiff Lydia Joy ("Ms. Joy"). (ECF No. 30). The Court thanks Ms. Tecimer for agreeing to represent Ms. Joy in settlement discussions. (See id.). A telephone conference is scheduled for **Wednesday, February 12, 2025 at 1:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 531-692-350#, at the scheduled time. The parties shall be prepared to discuss their willingness to participate in and availability for a settlement conference, as well as their preferred format for the settlement conference.

Dated:      New York, New York
             February 5, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**