UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYDIA V. JOY,

                    Plaintiff,                          CIVIL ACTION NO.: 23 Civ. 11177 (MMG) (SLC)

     -v-                                                **ORDER**

CRIME VICTIMS TREATMENT CENTER,

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge:

As discussed at the telephonic conference held yesterday, February 12, 2025, the Court

holds in abeyance Plaintiff's deadline to file an amended complaint and Defendant's deadline to

file an answer pending the outcome of a settlement conference in which the parties have agreed

to participate.  The Court will schedule the settlement conferenced by separate order.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Joy.

Dated:        New York, New York
              February 13, 2025

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**