UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIA V. JOY,<br><br>       Plaintiff,<br><br> -v-<br><br>CRIME VICTIMS TREATMENT CENTER,<br><br>       Defendant. | CIVIL ACTION NO.: 23 Civ. 11177 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court last spoke with the parties regarding their settlement negotiations on Friday, March 21, 2025. (See ECF min. entry Mar. 21, 2025). By **Monday, April 28, 2025**, the parties shall file a joint status letter advising the Court as to the status of their negotiations and whether a follow-up conference is required.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Joy.

Dated:  New York, New York
     April 22, 2025

                   SO ORDERED.

                   _____
                   **SARAH L. CAVE**
                   **United States Magistrate Judge**